

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-16-2007

# Blaylock v. Philadelphia

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-2785

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Blaylock v. Philadelphia" (2007). *2007 Decisions.* Paper 307.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/307

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

———

NO. 06-2785

———

ANDRE BLAYLOCK

v.

THE CITY OF PHILADELPHIA; REYNOLDS,
PHILADELPHIA POLICE OFFICER,
BADGE # 4268; WALKER, PHILADELPHIA
POLICE OFFICER, BADGE # 3730; CUJDIK,
PHILADELPHIA POLICE OFFICER,
BADGE # 1574; LICIARDELLO, PHILADELPHIA
POLICE OFFICER, BADGE # 4383;
MALKOWSKI, PHILADELPHIA POLICE SERGEANT,
BADGE # 8832; PHILADELPHIA POLICE OFFICER
DOES 1-5; BADGE NUMBERS UNKNOWN,
INDIVIDUALLY AND IN THEIR CAPACITY AS
POLICE OFFICERS

Brian Reynolds, Thomas Liciardello, Jeffrey
Walker, Louis Cujdik and Chester Malkowski,
Appellants

———

On Appeal From the United States
District Court
For the Eastern District of Pennsylvania
(D.C. Civil Action No. 05-cv-01649)
District Judge:  Hon. Norma L. Shapiro

———

Argued June 14, 2007

BEFORE:  McKEE, STAPLETON and
NYGAARD, Circuit Judges

## ORDER AMENDING OPINION

IT IS ORDERED that the listing of attorneys for appellees in the caption of this precedential opinion be amended as follows:

Michael Pileggi (Argued)
437 Chestnut Street, Suite 905
The Lafayette Building
Philadelphia, PA 19106
  Attorney for Appellee Andre Blaylock
  and
Jane L. Istvan
City of Philadelphia Law Department
1515 Arch Street
One Parkway
Philadelphia, PA 19102
  Attorneys for Appellee City of Philadelphia

By the Court

  /s/   Walter K. Stapleton
United States Circuit Judge

DATED: October 16, 2007

2